UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KRISTEN M T.,

                Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C23-5463 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

    Based on the stipulation between the parties it is hereby ORDERED that the above-captioned case be reversed and remanded.  Upon remand, the Appeals Council will instruct an Administrative Law Judge (ALJ) to issue a new decision and instruct the ALJ to re-evaluate the evidence of record.  The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

    DATED this 14th day of August, 2023.

                                           RICARDO S. MARTINEZ
                                           UNITED STATES DISTRICT JUDGE